THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Billy Ray Williams,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-176
Submitted January 29, 2004  Filed March 
 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Teresa A. Knox, Tommy Evans, Jr., J. Benjamin Aplin, all of 
 Columbia; for Respondent.
 
 
 

 PER CURIAM:  Billy Ray Williams 
 pled guilty to leaving the scene of an accident with personal injury.  The circuit 
 court sentenced him to four years imprisonment and payment of a $4,000 fine, 
 suspended on service of two years probation and payment of a $1,000 fine.  Subsequently, 
 Williams was arrested for noncompliance with the terms of his probation, and 
 the circuit court revoked his probation, imposing the remainder of his suspended 
 sentence.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Williams 
 counsel attached a petition to be relieved.  Williams did not file a pro se 
 response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Williams appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.